# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

TEASHA ROGERS

              Plaintiff(s),

v.

DENISE JOHNSON, et al.

              Defendant(s).

CASE NO. C 08-4395 TEH

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
    Non-binding Arbitration (ADR L.R. 4)
    **Early Neutral Evaluation (ENE) (ADR L.R. 5)** *(circled)*
    Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
    Private ADR *(please identify process and provider)* _____

The parties agree to hold the ADR session by:
    the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

    other requested deadline 5-30-09

Dated: 1/13/09

Dated: 1-12-09

Kenneth C. Absalay
Attorney for Plaintiff

Kathleen H. Williams
Attorney for Defendants
CSB # 127021

01/13/2009  10:28    4153923729                                              PAGE  03/03
                                        NEVIN AND ABSALOM
01/12/2009  16:19    9167371126         WILLIAMS                             PAGE  04/04

[~~PROPOSED~~] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
- Non-binding Arbitration
- Early Neutral Evaluation (ENE)
— Mediation
- Private ADR

Deadline for ADR session
    90 days from the date of this order.
— other    May 30, 2009

IT IS SO ORDERED.

Dated: 01/15/09    _____
                   UNITED STATES MAGISTRATE JUDGE



Judge Thelton E. Henderson