**WILLIAMS & ASSOCIATES**
1250 Sutterville Road, Ste. 290
Sacramento, CA  95822
(916) 456-1122
(916) 737-1126 (fax)

Kathleen J. Williams, CSB #127021
Martha M. Stringer, CSB #156333

Attorneys for defendants
DENISE JOHNSON, MORGAN HERMANN
and LAKE COUNTY (erroneously sued herein
as "Animal Control & Care Department, County of Lake")

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TEASHA ROGERS, | CASE NO: C 08 04395 THE |
| Plaintiff, | **STIPULATION AND ORDER RE: DISMISSALS OF DENISE JOHNSON AND MORGAN HERMANN** |
| vs. | |
| DENISE JOHNSON; MORGAN HERMANN; ANIMAL CONTROL & CARE DEPARTMENT, COUNTY OF LAKE, | |
| Defendants. | |

The parties have stipulated that the individual defendants, DENISE JOHNSON and MORGAN HERMANN, are dismissed from the First, Third, Fourth and Fifth Claims (Causes of Acton).  This order is made on the ground that individuals cannot be personally liable for gender discrimination under Title VII or FEHA, sexual harassment under Title VII, or wrongful discharge in violation of public policy.

Dated: March 22, 2009         NEVIN & ABSALOM


                              By:  /s/ *Kenneth C/ Absalom*
                                   KENNETH C. ABSALOM, CSB #114607
                                   Attorneys for Plaintiff

*Rogers v. Lake County, et al* [C 08 4395 TEH]Stip & Order re Dismissal of Johnson and Hermann         Page 1

1 | Dated: March 24, 2009         WILLIAMS & ASSOCIATES

By:  /s/ *Martha M. Stringer*
    MARTHA M. STRINGER, CSB #156333
    Attorneys for defendants DENISE JOHNSON,
    MORGAN HERMANN and LAKE COUNTY

**ORDER**

IT IS SO ORDERED.

Dated:  03/25/09

JUDGE OF THE UNITED STATES
DISTRICT COURT

*Judge Thelton E. Henderson*