**WILLIAMS & ASSOCIATES**
1250 Sutterville Road, Ste. 290
Sacramento, CA 95822
(916) 456-1122
(916) 737-1126 (fax)

Kathleen J. Williams, CSB #127021

Attorneys for defendants
DENISE JOHNSON, MORGAN HERMANN
and LAKE COUNTY (erroneously sued herein
as "Animal Control & Care Department, County of Lake")

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEASHA ROGERS,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>DENISE JOHNSON; MORGAN HERMANN; ANIMAL CONTROL & CARE DEPARTMENT, COUNTY OF LAKE,<br><br>　　　　　Defendants. | CASE NO: C 08 4395 TEH<br><br>**STIPULATION OF PARTIES TO MOVE SETTLEMENT CONFERENCE DATE** |

///
///
///
///
///
///

*Rogers v. Lake County, et al* [C 08 4395 THE] Stipulation to Move Settlement Conference Date.　　　Page 1

Pursuant to the Court's January 26, 2009 order, the Settlement Conference in this case has been scheduled for May 19, 2009. The parties to this action, by and through their counsel of record, hereby stipulate to the rescheduling of the Settlement Conference to March 5, 2010 at 10:00 am.

The parties have an ENE session scheduled for May 26, 2009.

Dated: March 19, 2009     WILLIAMS & ASSOCIATES

By: /s/ Kathleen J. Williams
KATHLEEN J. WILLIAMS, CSB 127021
Attorneys for defendants JOHNSON, HERMANN and LAKE COUNTY

Dated: March 19, 2009     NEVIN & ABSALOM

By: /s/ Kenneth Abaslom (signed by permission)
KENNETH ABASLOM, CSB #114607
Attorneys for plaintiff ROGERS

IT IS SO ORDERED:

Dated: April 10, 2009

Hon. Maria-Elena James

*Rogers v. Lake County, et al* [C 08 4395 THE] Stipulation to Move Settlement Conference Date.          Page 2