United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TEASHA ROGERS,

           Plaintiff,

v.

DENISE JOHNSON, et al.,

           Defendants.

NO. C08-4395 TEH

ORDER VACATING HEARING

The April 26, 2010 hearing on Defendants' motion for summary judgment is hereby VACATED. Unless otherwise ordered, the matter will be deemed submitted on the papers.

**IT IS SO ORDERED.**

Dated: 4/22/2010

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT