1  **WILLIAMS & ASSOCIATES**
   1250 Sutterville Road, Ste. 290
2  Sacramento, CA  95822
   (916) 456-1122
3  (916) 737-1126 (fax)

4  Kathleen J. Williams, CSB #127021
   Martha M. Stringer, CSB #156333
5
   Attorneys for defendants
6  DENISE JOHNSON, MORGAN HERMANN
   and LAKE COUNTY (erroneously sued herein
7  as "Animal Control & Care Department, County of Lake")

8

9              IN THE UNITED STATES DISTRICT COURT
                 NORTHERN DISTRICT OF CALIFORNIA
10

11 | TEASHA ROGERS,                          )   CASE NO: C 08 04395 THE
                                             )
12 |         Plaintiff,                      )   **STIPULATION AND ORDER RE:**
                                             )   **MODIFICATION OF SCHEDULING**
13 | vs.                                     )   **ORDER**
                                             )
14 | DENISE JOHNSON; MORGAN                  )   **[FED.R.CIV. PRO § 16(b)]**
   | HERMANN; ANIMAL CONTROL & CARE          )
15 | DEPARTMENT, COUNTY OF LAKE,             )
                                             )   Trial Date: June 15, 2010
16 |         Defendants.                     )

17

18      It is hereby stipulated among the parties that the Scheduling Order of

19 January 26, 2009 be modified to reflect a new trial date the week of

20 September 27, 2010, with the pretrial deadlines regarding the date of the pretrial

21 conference and the filing of the pretrial conference statement to be adjusted according

22 to the new trial date.  This stipulation is made on the ground that there is an order from

23 defendant DENISE JOHNSON's physician attesting to her inability to participate in a

24 //

25 //

26 //

27 //

28 *Rogers v. Lake County, et al* [C 08 4395 THE] Stipulation re Modification of Scheduling Order          Page 1

1 | trial until on or after August 1, 2010.  The physician's note is attached hereto as
2 | Exhibit "A".

3 | Dated: May 10, 2010         NEVIN & ABSALOM

4 |
5 |                             By:  /s/ *Kenneth C/ Absalom*
                                     KENNETH C. ABSALOM, CSB #114607
6 |                                  Attorneys for Plaintiff

7 | Dated: May 10, 2010         WILLIAMS & ASSOCIATES

8 |
9 |                             By:  /s/ *Martha M. Stringer*
                                     MARTHA M. STRINGER, CSB #156333
10 |                                 Attorneys for defendants DENISE JOHNSON,
                                     MORGAN HERMANN and LAKE COUNTY

11 |
12 |
13 |                          [PROPOSED] ORDER

14 |     The parties have stipulated to a modification of the scheduling order of
15 | January 26, 2009 and good cause for such a modification has been shown.  The new
16 | trial date will be ~~September~~ October ___12___, 2010 at 8:30 a.m.
17 |     The pretrial conference will be held on __September 27, 2010 at 3:00 PM__.
18 |     Lead counsel who will try the case shall meet and confer at least 30 days before
19 | the pretrial conference.
20 |     The parties shall file a joint pretrial conference statement no later than 10
21 | calendar days before the pretrial conference. The remainder of the January 26, 2009,
22 | scheduling order remains in effect.

23 |
24 | Dated:  05/12/10
                                     _____
25 |                                 JUDGE OF THE UNITED STATES DISTRICT COURT
26 |                                         *Judge Thelton E. Henderson*
27 |
28 | *Rogers v. Lake County, et al* [C 08 4395 THE] Stipulation re Modification of Scheduling Order          Page 2