**WILLIAMS & ASSOCIATES**
1250 Sutterville Road, Ste. 290
Sacramento, CA  95822
(916) 456-1122
(916) 737-1126 (fax)

Kathleen J. Williams, CSB #127021
Martha M. Stringer, CSB #156333

Attorneys for defendants
DENISE JOHNSON, MORGAN HERMANN
and LAKE COUNTY (erroneously sued herein
as "Animal Control & Care Department, County of Lake")

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEASHA ROGERS, | CASE NO: 3:08-cv-04395-TEH |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE TRIAL DATE** |
| vs. | **[FED. R. CIV. PRO § 16(b)]** |
| DENISE JOHNSON; MORGAN HERMANN; ANIMAL CONTROL & CARE DEPARTMENT, COUNTY OF LAKE, | Trial Date: October 12, 2010 |
| Defendants. | |

It is hereby stipulated and agreed among the parties to vacate the trial date, now set for October 12, 2010.  Counsel have also stipulated that given the uncertainty of MS. JOHNSON's availability, a case management conference can be held in early December of 2010, with trial to be set at that time.

//
//
//
//
//
//

*Rogers v. Lake County, et al* [C 08 4395 THE] Stipulation and Order to Continue Trial Date                    Page 1

This stipulation is based upon the facts stated in the declaration of Martha M. Stringer, filed with this stipulation.

Dated: September 13, 2010     NEVIN & ABSALOM

By: /s/ *James J. Achermann*
JAMES J. ACHERMANN, CSB #262514
Attorneys for Plaintiff

Dated: September 13, 2010     WILLIAMS & ASSOCIATES

By: /s/ *Martha M. Stringer*
MARTHA M. STRINGER, CSB #156333
Attorneys for defendants DENISE JOHNSON, MORGAN HERMANN and LAKE COUNTY

## [PROPOSED] ORDER

The parties have stipulated and agreed to vacate the trial date, now set for October 12, 2010, and set a case management conference in early December, 2010 for the setting of a new trial date.

IT IS ORDERED that the October 12, 2010 trial date is vacated, the case management conference will be held on December __6__, 2010 and a trial date will be set at that time.

Dated:   09/13/10

JUDGE OF THE UNITED STATES DISTRICT COURT
Judge Thelton E. Henderson